UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNNA LEANN DODD,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERIFF MICHAEL HALEY,<br><br>    Defendant. | Case No. 3:13-cv-00588-RCJ-WGC<br><br>**ORDER** |

Plaintiff, who is a prisoner in custody at the Washoe County Detention Center, <u>see</u> 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (#1). The court dismisses this action because plaintiff did not pay the filing fee, nor did she submit an application to proceed <u>in forma pauperis</u> with a financial certificate and a copy of her inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed <u>in forma pauperis</u> for incarcerated litigants and a blank civil rights complaint form with instructions.

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

///

///

IT IS FURTHER ORDERED that an appeal from the dismissal of this action would not be taken in good faith.

Dated: This 6th day of November, 2013.

_____
ROBERT C. JONES
Chief United States District Judge